UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIRANHA MEDIA DISTRIBUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HULU, LLC,<br><br>Defendant. | CASE NO. 2:24-cv-00498-JLS-KS<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's September 11, 2024 Order (Doc. 50) granting Defendant's Motion to Dismiss (Doc. 23), JUDGMENT is hereby entered in favor of Defendant Hulu, LLC and against Plaintiff Piranha Media Distribution, LLC, and IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that:

1. Plaintiff shall take nothing by its complaint;
2. Hulu, as the prevailing party in this action, may seek costs in accordance with Local Rule 54 and Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

Dated: September 20, 2024

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE