# United States Court of Appeals for the Federal Circuit

---

**PIRANHA MEDIA DISTRIBUTION LLC,**
*Plaintiff-Appellant*

**v.**

**HULU, LLC,**
*Defendant-Appellee*

---

2025-1038

---

Appeal from the United States District Court for the Central District of California in No. 2:24-cv-00498-JLS-KS, Judge Josephine L. Staton.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 14, 2026
Date

Jarrett B. Perlow
Clerk of Court